IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN LEE SHACKELFORD,

Plaintiff,

vs.

NELSON, Officer, Unit Officer;
WILSON, Officer, Unit Officer;
MCDOOGLE, Officer, Unit Officer;
BALLARD, Sgt, Floor Sergeant; and
DOUGLAS COUNTY
CORRECTIONS,

Defendants.

8:25CV733

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Kevin Lee Shackelford's correspondence dated May 6, 2026, and filed in this Court on May 19, 2026. Filing No. 14. Plaintiff states he is writing in response to the Court's "correspondence . . . dated May 2, 2026," which "states that certain court papers were not filed in a timely manner." *Id*. Plaintiff disputes that the "documents in question" were untimely and represents that he mailed them on March 27, 2026. *Id*. Because his documents were timely filed, Plaintiff asks the Court to allow his case to proceed. The Court liberally construes Plaintiff's letter as a motion to alter or amend the judgment in this case pursuant to Federal Rule of Civil Procedure 59(e), which serves the limited function of correcting manifest errors of law or fact or to present newly discovered evidence. *Akpovi v. Douglas*, 43 F.4th 832, 837 (8th Cir. 2022). Upon consideration, the Court will deny Plaintiff's request because it is based on a faulty factual premise.

First, the documents Plaintiff refers to as being timely filed must be his amended complaint, Filing No. 8, which the Court received on April 6, 2026, and was timely filed prior to Plaintiff's April 8, 2026, deadline to amend his complaint. Second, the Court did not send any correspondence dated May 2, 2026, to Plaintiff indicating that certain court papers were not timely. Rather, in a Memorandum and Order dated May 1, 2026, the Court reviewed Plaintiff's amended complaint and dismissed his case because the amended complaint failed to state a claim upon which relief may be granted. Filing No. 9.

Because Plaintiff's amended complaint was dismissed for failure to state a claim for relief, and not due to any failure to submit court documents by certain deadlines, Plaintiff is not entitled to the relief he seeks. Plaintiff has not demonstrated that the Court's judgment is based on any manifest error of fact nor has Plaintiff demonstrated any other reason to justify relief from the Court's May 1 judgment of dismissal.

IT IS THEREFORE ORDERED that: Plaintiff's correspondence, construed as a motion under Fed. R. Civ. P. 59(e), Filing No. 14, is denied.

Dated this 21st day of May, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge

2